671-647-1867                    09:19:52 a.m.    08-15-2012        2/4







## BEFORE THE
## GUAM CIVIL SERVICE COMMISSION

## BOARD OF COMMISSIONERS

IN THE MATTER OF:

SEYMOUR PAYNE,

              Employee,

vs.

DEPARTMENT OF EDUCATION,

              Management.

ADVERSE ACTION APPEAL
CASE NO. 11-AA12S

## DECISION AND JUDGMENT

## I. INTRODUCTION

This matter came before the Civil Service Commission on a motion to dismiss for lack of jurisdiction for failure to timely file an adverse action appeal on May 31, 2012. The Department of Education ("DOE") issued adverse action against Seymour Payne ("Employee") on March 7, 2011. Employee filed his appeal with the Civil Service Commission on March 28, 2011. Robert Koss, Employee Management Relations Officer, represented DOE. David Babauta represented Employee. Also present at the hearing were Employee, himself, and Taling Taitano, Interim Superintendent for Education with DOE.

## II. JURISDICTION

The jurisdiction of the Civil Service Commission is based upon the Organic Act of Guam, 4 G.C.A., *et seq.,* and the DOE Personnel Rules and Regulations.

### III. FACTUAL BACKGROUND AND DISCUSSION

On March 7, 2011, DOE served a Final Notice of Adverse Action against Employee that suspended him for ten (10) days for the reasons set forth therein. Employee filed an appeal of the Final Notice of Adverse Action with this Commission on March 28, 2011 or twenty-one (21) days after the effective date of the action. Four GCA 4406 and CSC Rule 5.2 require that an appeal from an adverse action must be filed with the Commission within twenty (20) days of the employee's receipt of the final notice of adverse action. The Commission finds that Employee untimely filed his appeal on the 21st day after he received the Final Notice of Adverse Action or one (1) day beyond the allowable time period. The Commission has no discretion to allow a continuation of proceedings where an adverse action appeal was untimely filed. *See Guam Pub Sch. Sys. v. Narcisco, Civil Serv. Comm'n,* Special Proceedings Case No. SP2450-08, Decision and Order (Sept. 14, 2009.) By filing an appeal beyond the allowable twenty day period, the Employee has divested the Commission of its jurisdiction from further review of this matter.

### V. CONCLUSION

The Commission, by a vote of 7-0, therefore grants DOE's motion to dismiss for lack of jurisdiction. This case is thus DISMISSED with prejudice and Judgment issued accordingly. [1]

---

[1] A second motion by Employee's lay representative, David Babauta, was also submitted to the Commission. Mr. Babauta sought permission to withdraw as Employee's representative. In light of our decision to dismiss this matter for lack of jurisdiction, the motion to withdraw is rendered moot. However, the Commission did vote 7-0 to allow such withdrawal.

*Seymour Payne vs. DOE*
*Decision and Judgment*

So ORDERED AND ADJUDGED this 14 day of August, 2012.

**LUIS R. BAZA**
Chairman

**MANUEL R. PINAUIN**
Vice-Chairman

**PRISCILLA T. TUNCAP**
Commissioner

**JOHN SMITH**
Commissioner

**LOURDES HONGYEE**
Commissioner

**DANIEL D. LEON GUERRERO**
Commissioner

**EDITH PANGELINAN**
Commissioner

*Seymour Payne vs. DOE*
*Decision and Judgment*